```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 45916
    BERNETTA ANNETTE WILTZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-7800

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/14/2004 and was confirmed 02/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  37.67% from remaining funds.

     The case was paid in full 11/24/2008.
--------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
 NEW AGE FURNITURE           SECURED             1500.00      165.65       1500.00
 NEW AGE FURNITURE           UNSECURED OTH        422.20         .00        159.11
 WELLS FARGO AUTO FINANCE    SECURED            11025.00      964.17      11025.00
 WELLS FARGO AUTO FINANCE    UNSECURED           6306.84         .00       2375.79
 COLUMBIA COLLEGE            UNSECURED          NOT FILED        .00            .00
 ROUNDUP FUNDING LLC         UNSECURED           2034.84         .00        766.52
 FIRST PREMIER BANK          UNSECURED          NOT FILED        .00            .00
 ASSET ACCEPTANCE CORP       UNSECURED            474.85         .00        178.88
 CAPITAL ONE BANK            UNSECURED          NOT FILED        .00            .00
 RESURGENCE FINANCIAL LLC    UNSECURED           6126.13         .00       2307.71
 PETER FRANCIS GERACI        DEBTOR ATTY         2,700.00                  2,700.00
 TOM VAUGHN                  TRUSTEE                                       1,362.17
 DEBTOR REFUND               REFUND                                          200.00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE            23,705.00

 PRIORITY                                         .00
 SECURED                                    12,525.00
     INTEREST                                1,129.82
 UNSECURED                                   5,788.01
 ADMINISTRATIVE                              2,700.00
 TRUSTEE COMPENSATION                        1,362.17
 DEBTOR REFUND                                 200.00
                                          ---------------
 TOTALS             23,705.00               23,705.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 45916 BERNETTA ANNETTE WILTZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 02/26/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```